UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN CLAIR MACDOWELL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | No. 2:21-cv-00729 AC<br><br><br><br>ORDER |

Plaintiff filed this Social Security case on April 23, 2021 and paid the filing fee. ECF No. 1. On that same day, plaintiff was informed that after service of the complaint, this action would be stayed pursuant to General Order Number 615, and there would be no scheduling order or deadlines in effect pending further order of the court. ECF No. 4. Consent/Decline forms were issued, with a due date of July 26, 2021. ECF No. 3.

The court recognizes that the issuance of the stay and the requirement of service deadlines and submitting Consent/Decline forms may appear contradictory. Nonetheless, in order to efficiently move social security cases forward as stays are lifted, these deadlines must be met.

////

////

////

1

1 | Accordingly, plaintiff is ORDERED to submit a notice of service by August 11, 2021.
2 | The parties must submit their Consent/Decline forms no later than September 8, 2021. The case
3 | remains otherwise stayed.
4 | IT IS SO ORDERED.
5 | DATED: July 27, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE