UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN CLAIR MACDOWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No.  2:21-cv-00729 AC<br><br><br>ORDER |

On July 28, 2021, this court noted that plaintiff had missed his deadline to submit a notice of service and ordered plaintiff to submit a notice of service by 8/11/2021 and a consent/decline form by 9/8/2021.  ECF 5.  Both of those deadlines have now passed, and plaintiff has not filed a notice of service or the consent/decline form.  The court is concerned that plaintiff has abandoned this case.  Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why his failure to comply with court deadlines should not result in this case being dismissed for failure to prosecute.

DATED: September 9, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1