PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4814
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| IAN CLAIR MACDOWELL,<br><br>    Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-cv-00729-AC<br><br>STIPULATION FOR AN EXTENSION OF TIME; [~~PROPOSED~~] ORDER |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's opening brief be extended thirty (30) days from October 14, 2022 up to and including November 14, 2022. This is the Defendant's second request for an extension; in addition to Defendant's prior 30-day extension for briefing (Doc. 18-19), this case was previously stayed (Doc. 4) and Plaintiff's briefing deadline extended pursuant to the Court's order, following stipulation of the parties (Doc. 14-15).

    There is good cause for this extension. Defendant has been diligently working this case, as it was initially part of a pre-answer project to review over 200 of the Commissioner's stayed

cases for policy compliance, so that the Commissioner could identify cases for early settlement. Plaintiff filed his opening brief on August 1, 2022, after a stipulated extension of 15 days (Doc. 15, 16).  Thereafter, the undersigned was assigned this matter for briefing (Doc. 17).

Counsel for Defendant requested that this matter be re-assigned to another attorney in light of a planned absence for travel to and from Washington, D.C. pursuant to military orders and due to ongoing high workloads following the Commissioner's filing numerous administrative records in this jurisdiction between April and June 2022.  However, no substitute attorney could be identified.  In addition, the undersigned counsel is ill and expected to be unable to complete the brief in this matter on or before the current deadline.

No unnecessary delay is intended, but rather, the Commissioner seeks time to adequately evaluate this case.

Respectfully submitted,

Dated:  October 11, 2022           /s/  Robert Weems*
                                   ROBERT WEEMS
                                   Attorney for Plaintiff
                                   (*signature authorized via e-mail Oct. 11, 2022)

Dated: October 11, 2022            PHILLIP A. TALBERT
                                   United States Attorney
                                   MATHEW W. PILE
                                   Associate General Counsel
                                   Social Security Administration

                            By:    /s/  Ellinor R. Coder
                                   ELLINOR R. CODER
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension, up to and including November 14, 2022, to file a response to Plaintiff's opening brief.

DATED: October 11, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE